

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

CHAMBERS OF
LISA W. WANG
JUDGE

July 8, 2024

Via CM/ECF

    Re: *Skeeter-Jo Stoute-Francois v. United States et al*
    Court No. 24-00046

To All Counsel:

  The above captioned matter has been assigned to these Chambers. USCIT Rule 16(b) requires the court to enter a scheduling order or an order finding that a scheduling order will not aid in the disposition of the action.

  Accordingly, all parties shall confer and file, via CM/ECF, no later than July 31, 2024, a Joint Status Report and an agreed upon proposed scheduling order. In proposing the briefing schedule, the court encourages all parties to carefully consider their competing commitments and to propose realistic dates that they should be able to meet. While the court will consider timely extension requests based on a showing of good cause, when proposing the briefing schedule, parties should seek to limit the need for extensions to short periods to address unexpected conflicts.

  In the event the parties are unable to agree, each party shall file a status report and a proposed scheduling order no later than July 31, 2024. Counsel shall then call the Case Manager, Casey Cheevers, at 212-264-1615 by August 1, 2024, to schedule a conference call with Chambers in order to resolve the matters in dispute.

  Sample forms, as well as information regarding standard Chambers Procedures, are available on the court's website at

    https://www.cit.uscourts.gov//Rules/Index_Rules_Forms.html.

  Please be advised that the court will be available to assist in settlement negotiations if the likelihood of settlement warrants this use of judicial resources.

              Very truly yours,

              /s/  Lisa W. Wang
              Lisa W. Wang, Judge